# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2901

_____

Julia Gilliam,       *
            *
   Appellant,      *
            *
  v.          * Appeal from the United States
            * District Court for the
Kenneth S. Apfel, Commissioner of * Eastern District of Arkansas.
Social Security Administration,  *
            *   [UNPUBLISHED]
   Appellee.      *

_____

Submitted: February 5, 1999
Filed: March 22, 199

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Julia Gilliam appeals the district court's[1] grant of summary judgment affirming the Social Security Commissioner's decision to deny her application for supplemental security income. Having reviewed the record and the parties' briefs, we affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

_____

[1]The HONORABLE HENRY L. JONES, JR., United States Magistrate Judge for the Eastern District of Arkansas, to whom this case was referred by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.